IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOSEPH DEVON JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO.: 3:16-CV-00046-RLY-MPB |
| | ) |
| REFERENCE SERVICES, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT THOMPSON INDUSTRIAL INC.'S
## NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant, Thompson Industrial, Inc. ("Defendant"), by counsel, notifies the Court that it served its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) upon Plaintiff on August 11, 2016.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/ Bonnie L. Martin*
Bonnie L. Martin, Attorney No.: 20248-18
Katherine G. Erdel, Attorney No.: 27831-49
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
*bonnie.martin@ogletreedeakins.com*
*katherine.erdel@ogletreedeakins.com*

Attorneys for Defendant
Thompson Industrial Inc.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 11, 2016, a copy of the foregoing *Notice of Service of Defendant Thompson Industrial Inc.'s Initial Disclosures* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

  Larry P. Smith
  David M. Marco
  SMITHMARCO, P.C.
  20 South Clark Street, Suite 2120
  Chicago, IL  60603
  *lsmith@smithmarco.com*
  *dmarco@smithmarco.com*

  Theodore J. Blanford
  Christopher D. Cody
  HUME SMITH GEDDES GREEN & SIMMONS, LLP
  54 Monument Circle, 4th Floor
  Indianapolis, IN  46204
  *tblanford@humesmith.com*
  *ccody@humesmith.com*

  Gregory L. Gorski
  FRANCIS & MAILMAN, P.C.
  100 South Broad Street, 19th Floor
  Philadelphia, PA  19110
  *ggorski@consumerlawfirm.com*

                *s/ Bonnie L. Martin*

Bonnie L. Martin, Esq.
Katherine G. Erdel, Esq.
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:   317.916.9076
*bonnie.martin@ogletreedeakins.com*
*katherine.erdel@ogletreedeakins.com*

25789439.1